THE UNITED STATES DISTRICT COURT

THE DISTRICT OF UTAH

| | |
|---|---|
| MARISSA ROOT,<br><br>   Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH,<br><br>   Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00744<br><br>District Judge David Barlow<br><br>Magistrate Judge Paul Kohler |

IT IS ORDERED AND ADJUDGED

that Defendant University of Utah's Motion for Summary Judgment[1] is GRANTED. The claim against the University of Utah is dismissed with prejudice. The Clerk of Court is directed to close this case.

Dated March 3, 2025.

BY THE COURT:

_____
David Barlow
United States District Judge

---

[1] ECF No. 67.